Cameron M. Hancock, #5389
Jackie Bosshardt Wang, #14139
**KIRTON McCONKIE**
Kirton McConkie Building
50 East South Temple, 4th Floor
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone:  (801) 328-3600
Facsimile:  (801) 321-4893
chancock@kmclaw.com
jwang@kmclaw.com

*Attorneys Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>               Plaintiff,<br>v.<br><br>DATABANK HOLDINGS, Ltd, a Texas corporation,<br><br>               Defendants. | **STIPULATED DISMISSAL**<br><br>Case No. 2:20-cv-00037-PMW<br><br>Magistrate Judge: Paul M. Warner |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff The Church of Jesus Christ of Latter-day Saints and Defendant Databank Holdings, Ltd, through counsel, stipulate and move for the dismissal with prejudice of all claims between the parties that were raised or could have been raised in connection with this case.  The parties having reached an amicable resolution, the stipulation and dismissal are with consent of both parties.  Each party shall bear its own costs and attorneys' fees.  As a result, no claims remain in this matter and it may be closed.  A proposed order is filed herewith.

DATED this 16th day of April, 2020

KIRTON McCONKIE

/s/ Jackie Wang
Cameron M. Hancock
Jackie Bosshardt Wang
*Attorneys for Plaintiff The Church of Jesus Christ of Latter-day Saints*

STRONG & HANNI

/s/ Robert L. Janicki  (*signed with permission*)
Robert L. Janicki, Esq.
*Attorneys for Defendant DataBank Holdings, Ltd*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020 I caused the foregoing STIPULATED DISMISSAL and PROPOSED ORDER to be served on the following via email and US mail:

Robert L. Janicki, Esq.
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, UT   84070
E-mail:  rjanicki@strongandhanni.com

*Counsel for Defendant Databank Holdings, Ltd.*

/s/Kimberly Giron