Cameron M. Hancock, #5389
Jackie Bosshardt Wang, #14139
**KIRTON McCONKIE**
Kirton McConkie Building
50 East South Temple, 4th Floor
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone:  (801) 328-3600
Facsimile:  (801) 321-4893
chancock@kmclaw.com
jwang@kmclaw.com

*Attorneys Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Plaintiff,<br>v.<br><br>DATABANK HOLDINGS, Ltd, a Texas corporation,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:20-cv-00037-PMW<br><br>Magistrate Judge: Paul M. Warner |

Based upon the Stipulated Dismissal executed by counsel for all parties to this action, and the Court finding good cause for granting the parties' request for dismissal with prejudice, it is hereby ORDERED that Plaintiff's Complaint for Declaratory Judgment and all related claims that could have been brought by either party in connection with this matter are dismissed with prejudice and that each party will bear its own costs and attorneys' fees.

DATED this 16th day of April, 2020

BY THE COURT

_____
U.S. Magistrate Judge Paul M. Warner

Approved as to form by:

STRONG & HANNI

/s/ Robert L. Janicki (*signed with permission*)
Robert L. Janicki, Esq.
*Attorneys for Defendant DataBank Holdings, Ltd*